No. 159. COMPANIA ITHACA DE VAPORES, S. A., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Daniel L. Stonebridge* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 167. HARRIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Arthur B. Cunningham* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 171. BRYSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Richard Gladstein, George R. Andersen* and *Norman Leonard* for petitioner. *Solicitor General Rankin, Assistant Attorney General Tompkins, Philip R. Monahan* and *Carl G. Coben* for the United States.

No. 172. TEXAS COMPANY *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. *Joseph M. Brush* and *Francis N. Crenshaw* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *William W. Ross* for the United States, and *Marvin Schwartz* for Eckert et al., respondents.

No. 174. COSGROVE *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. Supreme Court of Illinois. Certiorari denied. *Zeno Middleton* for petitioner. *Henry Driemeyer* and *Robert L. Broderick* for respondent.

No. 175. BOSTON PRINTING PRESSMEN'S UNION No. 67 *v.* POTTER PRESS. C. A. 1st Cir. Certiorari denied. *Herbert S. Thatcher* for petitioner. *Harold Rosenwald* for respondent.